United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 8, 2003**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

02-30900

GREGORY DAVID WOOD; MICHAEL FORREST WOOD; VICTORIA RUTH WOOD,

Plaintiffs-Appellants,

VERSUS

HARTFORD LIFE INSURANCE COMPANY; FEDERAL INSURANCE CO;
CITICORP CREDIT SERVICES INC, Successor in interest to
Universal Card Service Corp.,

Defendants-Appellees.

Appeal from the United States District Court
For the Eastern District of Louisiana
(01-CV-3167)

Before DAVIS, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[1]

This suit is a dispute over entitlement to travel life insurance proceeds brought by the children of the decedent, Electa Wood. Mrs. Wood traveled to Florida by air and charged her plane ticket to her Citicorp MasterCard. She died as a result of an auto accident which occurred while she was being driven by a friend in his car from her hotel to the airport to board her return flight.

---

[1] Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.

On cross motions for summary judgment, the district court held that there were no issues of material fact that:

1) The Hartford policy did not provide coverage because Wood was riding in a private passenger vehicle, not in a "Common Carrier or hotel or airport shuttle" as required by the Hartford policy.

2) The Federal policy had terminated according to its own terms before the accident.

3) Citicorp provided the coverage it promised to provide to its cardholders.

We have examined the record and carefully considered the briefs and oral argument of all counsel and find no error in the district court's resolution of the case. Accordingly, the judgment of the district court granting summary judgment to the Defendants is

AFFIRMED.